**IN THE SUPREME COURT OF PENNSYLVANIA
WESTERN DISTRICT**

| | | |
|---|---|---|
| BUTLER COUNTY REPUBLICAN COMMITTEE, | : | No. 97 WAL 2022 |
| | : | |
| | : | |
| Respondents | : | Petition for Allowance of Appeal |
| | : | from the Order of the |
| | : | Commonwealth Court |
| v. | : | |
| | : | |
| | : | |
| WILLIAM (BILL) HALLE, | : | |
| | : | |
| Petitioner | : | |

**ORDER**

**PER CURIAM**

    **AND NOW**, this 14th day of April, 2022, the Petition for Allowance of Appeal is **DENIED**.